**Dismissed and Memorandum Opinion filed August 15, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00517-CR

_____

## EX PARTE ROBERT ALLEN GRAVES

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1625107**

## MEMORANDUM OPINION

Appellant Robert Allen Graves appeals from the denial of his pretrial application for writ of habeas corpus challenging his pretrial confinement on the offense of assault of a peace officer.

After the trial court denied appellant's pretrial application for writ of habeas corpus, appellant entered a "guilty" plea to the underlying offense. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for two years in the Institutional Division of the Texas Department of Criminal Justice.

Because appellant is no longer confined on a charge he challenged in his pretrial application for writ of habeas corpus, appellant's appeal of the denial of that writ is moot. *See Martinez v. State*, 826 S.W.2d 620 (Tex. Crim. App. 1992) (holding that an appeal challenging the denial of a pretrial application for writ of habeas corpus becomes moot when the appellant is convicted of the underlying offense).

Accordingly, we dismiss appellant's appeal as moot.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.

Do Not Publish — Tex. R. App. P. 47.2(b).